UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| IN RE: | : | CASE NO: 18-02108-JCO |
|---|---|---|
|  | : |  |
|  | : | CHAPTER: 13 |
| **EMILY P. MOORE** | : |  |
| Debtor | : |  |
| ----------------------------------- | - | -------------------------------- |
| **BAYVIEW LOAN SERVICING, LLC, A** | : |  |
| **DELAWARE LIMITED LIABILITY** | : |  |
| **COMPANY,** | : |  |
| Movant, | : |  |
|  | : | **CONTESTED MATTER** |
| vs. | : |  |
|  | : |  |
| **EMILY P. MOORE** | : |  |
| **CARROL D MOORE, Co-Debtor** | : |  |
| **DANIEL B. O`BRIEN, Trustee** | : |  |
| Respondents. | : |  |
|  | : |  |

**AGREED ORDER ON MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND GRANTING CO-DEBTOR STAY**

This matter coming before the Court on **February 20, 2019** on the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by Bayview Loan Servicing, LLC, a Delaware Limited Liability Company (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

The Creditor will amend its Proof of Claim to reflect the current total payoff as the loan matured on **November 11, 2018**.

The Creditor's total debt Proof of Claim shall be funded in full at an interest rate of 10.44% so as to satisfy the Creditor's Proof of Claim through the life of the Plan.

The Debtor shall maintain property taxes and homeowner's insurance on the property and shall pay both taxes and hazard insurance premiums directly to the proper entity as and when due.

The Chapter 13 Trustee may make adjustments to the Debtor's Plan necessary to effectuate this

order.

The Co-Debtor stay pursuant to 11 U.S.C. § 1301 shall remain in effect and unmodified until such time as the Automatic Stay is modified as to the Debtor.

Dated: February 25, 2019

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

Prepared and Submitted by:

/s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor

Consented to by:

/s/ Stephen L. Kilmjack
Stephen L. Kilmjack, Esq.
AL State Bar No.
1252 Dauphin St
Mobile, AL 36604
251-694-0600
ecfonlymd@gmail.com
Attorney for Debtor

DISTRIBUTION LIST

Carrol D Moore
1608 FORREST ST
MOBILE, AL 36605

Emily P. Moore
1608 Forrest Street
Mobile, AL 36605

Stephen L. Klimjack, Esq.
1252 Dauphin St
Mobile, AL 36604

Daniel B. O`Brien, Trustee
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

Jacob Mauldin, Esq.
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244